IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO SCOGGINS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-1312 |
| | § | |
| CITY OF HOUSTON, *et al*, | § | |
|     Defendants. | § | |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE TRIAL OR IN THE ALTERNATIVE TO PRESERVE EXPERT TRIAL TESTIMONY BY DEPOSITION**

**TO THE HONORABLE JUDGE KENNETH M. HOYT:**

Defendants Angel Arriaga, Robert Estrada, John Montgomery, Michael Stubbs and the City of Houston ("City") (collectively "Defendants") file this unopposed motion to continue trial in this case because of a scheduling conflict of Defendants' police practices expert, Michael Dirden, who will be out of town on a business trip during the week of October 7, 2019. Defendants propose that trial be reset for a date shortly thereafter. Mr. Dirden has advised that he is also unavailable during the week of October 30-November 6, 2019. Defendants Arriaga and Montgomery are out of town from October 14-24, 2019.

In order to address this scheduling issue and resolve the conflict, it is requested that the Court continue this trial. Defendants do not seek to extend any other deadlines. Alternatively, Defendants request leave to preserve this witness's testimony by a preservation deposition. Plaintiff is unopposed to Defendants' request for a continuance and will not be prejudiced by same. This request is not made for the purpose of delay, but so that justice may be done.

Respectfully submitted,

RONALD C. LEWIS
City Attorney

DONALD J. FLEMING
Section Chief, Labor, Employment, & Civil Rights

Date: September 25, 2019.     By:     */s/ James C. Butt*
JAMES C. BUTT
ATTORNEY IN CHARGE
Senior Assistant City Attorney
SBN: 24040354
FBN: 725423
Phone: (832) 393-6320 (direct)
Jim.Butt@houstontx.gov

JENNIFER F. CALLAN
Senior Assistant City Attorney
SBN: 00793715
FBN: 22721
Phone: (832) 393-6286 (direct)
Jennifer.Callan@houstontx.gov

MARJORIE L. COHEN
Senior Assistant City Attorney
State Bar No. 24031960
Federal Bar No. 34303
Marjorie.Cohen@houstontx.gov
Tel. (832) 393-6457

City of Houston Legal Department
P.O. BOX 368
Houston, TX 77001-0368
Main: (832) 393-6491
Fax: (832) 393-6259

**ATTORNEYS FOR CITY DEFENDANTS**

## **CERTIFICATE OF CONFERENCE**

      I certify that on September 23 and 25, 2019, I conferred with Andre Evans concerning this motion. Plaintiff does not oppose the requested continuance.

                                        /s/ James C. Butt
                                        JAMES C. BUTT

## **CERTIFICATE OF SERVICE**

I certify pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

Andre Evans
3003 South Loop West
Suite 108
Houston, Texas 77054

                                        /s/ James C. Butt
                                        JAMES C. BUTT